UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TRABAKOOLAS and SHIELA STETSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WATTS WATER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No.: 12-cv-01172-YGR<br><br>**ORDER VACATING ORDER TO SHOW CAUSE HEARING** |

On April 26, 2012, the Court issued an Order to Show Cause Regarding Defendants' Failure to Comply with Civil Local Rule 7-2 and This Court's Standing Order in Civil Cases. (Dkt. No. 42.) On that same day, Defendants' counsel Lindsay Carlson provided a timely written response to the Order to Show Cause and a Declaration regarding the same. (Dkt. Nos. 43 & 43-1.) The Court is satisfied with the written response and Ms. Carlson's Declaration and hereby **VACATES** the Order to Show Cause hearing scheduled for May 4, 2012.

**IT IS SO ORDERED.**

Dated: April 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**