UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TRABAKOOLAS and SHIELA STETSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>WATTS WATER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No.: 12-cv-01172-YGR<br><br>**ORDER REQUIRING ADDITIONAL BRIEFING REGARDING MOTION TO DISMISS** |

A hearing was held on Defendants' Motion to Dismiss Second and Fifth Causes of Action, or in the Alternative, Strike Certain Allegations on June 5, 2012. Based on issues raised during the hearing, the Court **ORDERS** the parties to provide additional briefing, *no longer than four pages*, regarding whether a replacement is properly characterized as damages or injunctive relief under the CLRA. The parties shall provide the legal bases and authorities in support of their positions. The parties may also attach (as exhibits to their briefs) legislative history of the CLRA which informs on these issues.

The parties are **ORDERED** to submit their additional briefing by Wednesday, June 13, 2012 at 5:00 p.m. The parties are advised to limit their additional authorities (and volume thereof) to that which is *truly pertinent* and *directly addresses* the issues raised herein.

**IT IS SO ORDERED.**

Dated: June 6, 2012

                                                                           _____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**