Joseph J. Tabacco, Jr. (SBN 75484)
Todd A. Seaver (SBN 271067)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email: jtabacco@bermandevalerio.com
Email: tseaver@bermandevalerio.com

-and-

Simon Bahne Paris
Patrick Howard
Charles J. Kocher
**SALTZ, MONGELUZZI, BARRETT
& BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market Place
Philadelphia, PA19103
Telephone: (215) 575-3985
Facsimile: (215) 496-0999
Email: sparis@smbb.com
          phoward@smbb.com
          ckocher@smbb.com

Counsel for Plaintiffs and the Proposed Classes

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JASON TRABAKOOLAS and SHEILA STETSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> WATTS WATER TECHNOLOGIES, INC., WATTS REGULATOR CO., WATTS ANDERSON-BARROWS METAL CORP., WATTS PLUMBING TECHNOLOGIES (TAIZHO) CO., LTD., SAVARD PLUMBING COMPANY, WOLVERINE BRASS, INC., AND JOHN DOES 1-100, <br> Defendants. | Case No. 4:12-cv-01172-YGR <br><br> CLASS ACTION <br><br> [~~PROPOSED~~] SCHEDULING ORDER |

1    The above-titled matter came before the Court on July 2, 2012 for a case management

2   conference.

3    Upon consideration of the parties' statements and papers submitted, it is ORDERED:

4    1.    With regard to expert reports in connection with class certification, Plaintiffs will

5   serve any expert reports no later than March 15, 2013.  Defendants will serve any expert reports

6   no later than April 15, 2013.  Any expert rebuttal reports will be served by Plaintiffs no later

7   than May 15, 2013.  Expert depositions shall be concluded by May 15, 2013.

8    2.    Plaintiffs will move for class certification by June 4, 2013.  Defendants will file

9   any opposition by June 25, 2013.  Plaintiffs will reply by July 9, 2013.  The Court will hold a

10   hearing on July 23, 2013 at 2:00 p.m.

11    3.    The parties will advise the Court by August 3, ~~2013~~ 2012 as to the name of the

12   mediator they select for Alternative Dispute Resolution.

13    4.    A further case management conference will be held on January 28, 2013, at

14   2:00 p.m.

15    SO ORDERED.

16

17   Dated:   July 11, 2012                    _____

                                              HON. YVONNE GONZALEZ ROGERS
18                                            U.S. DISTRICT COURT JUDGE

19

20   APPROVED:

21   ALSTON & BIRD, LLP

22

23   _____

24   David S. MacCuish
     Attorneys for Defendants Watts Water
25   Technologies, Inc., Watts Regulator Co.
     and Wolverine Brass, Inc.

26

27

28

[4:12-cv-01172] [~~PROPOSED~~] SCHEDULING ORDER                                        1

1

SUBMITTED BY:

2

BERMAN DEVALERIO

3

4

By:    /s/ Todd A. Seaver
            Todd A. Seaver

5

Joseph J. Tabacco, Jr.
One California Street, Suite 900

6

San Francisco, CA 94111
Telephone: (415) 433-3200

7

Facsimile: (415) 433-6282
Email: jtabacco@bermandevalerio.com

8

        tseaver@bermandevalerio.com

9

        -and-

10

Simon Bahne Paris
Patrick Howard

11

Charles J. Kocher
SALTZ, MONGELUZZI, BARRETT

12

& BENDESKY, P.C.
One Liberty Place, 52nd Floor

13

1650 Market Place
Philadelphia, PA19103

14

Telephone: (215) 575-3985
Facsimile: (215) 496-0999

15

Email: sparis@smbb.com
        phoward@smbb.com

16

        ckocher@smbb.com

17

Counsel for Plaintiffs and the Proposed Classes

18

19

20

21

22

23

24

25

26

27

28