UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TRABAKOOLAS and SHIELA STETSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WATTS WATER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No.: 12-cv-01172-YGR<br><br>**ORDER REQUIRING RE-FILING OF MOTION TO DISMISS FOR LACK OF JURISDICTION AND VACATING HEARING** |

On August 13, 2012, Plaintiffs filed a First Amended Complaint (Dkt. No. 69) pursuant to the Court's Order Granting in Part and Denying in Part Defendants' Amended Motion to Dismiss Second and Fifth Causes of Action, or in the Alternative, Strike Certain Allegations (Dkt. No. 62). In the interim, Specially Appearing Defendant Watts Plumbing Technologies (Taizhou) Co., Ltd. filed a Motion to Dismiss for Lack of Personal Jurisdiction ("Motion"). (Dkt. No. 67.) Because the Motion is based on a complaint that is no longer operative, the Court requests that the Motion be re-filed and re-noticed in accordance with the Local Rules. The hearing scheduled for September 11, 2012 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: August 15, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**