United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TRABAKOOLAS and SHIELA STETSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>WATTS WATER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | Case No.: 12-CV-01172-YGR<br><br>**ORDER STRIKING DEFENDANT WATTS PLUMBING TECHNOLOGIES (TAIZHOU) CO. LTD.'S MOTION TO STRIKE** |

Defendant Watts Plumbing Technologies (Taizhou) Co., Ltd. ("Taizhou") has filed a Motion to Strike Inadmissible Evidence Offered by Plaintiffs in Opposition to Motion to Dismiss for Lack of Personal Jurisdiction ("Motion"). Taizhou has noticed the hearing on this Motion for September 25, 2012. The Court hereby **STRIKES** the Motion as not filed in compliance with Local Rule 7-2(a) (absent other order, motions must be served and noticed for hearing not less than 35 days after service). Moreover, the motion appears to be no more than an evidentiary objection submitted in a separate document, contrary to Local Rule 7-3(a) and (c) (evidentiary objections must be contained within the brief or memorandum). In addition, Taizhou has circumvented the page limitation in the Local Rules for reply briefs with the combined length of the objection and its brief. *See* Civ. L.R. 7-3(c).

This is the second time that counsel for Defendants in this action has failed to comply with the Local Rules regarding the proper noticing of hearings.  (Dkt. No. 42.)  Sanctions may issue for future attempts to circumvent the Local Rules.

Taizhou's Motion to Strike is **STRICKEN** as improperly-filed and noticed.  No further briefing is permitted on the Motion to Strike.  Notwithstanding, the Court considers only admissible, relevant evidence.

This Order terminates Dkt. No. 82.

**IT IS SO ORDERED**.

Dated: September 18, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**