UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TRABAKOOLAS and SHIELA STETSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WATTS WATER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No.: 12-cv-01172-YGR<br><br>**ORDER REQUIRING ADDITIONAL BRIEFING REGARDING MOTION TO DISMISS** |

A hearing was held on Defendant Watts Plumbing Technologies (Taizhou) Co., Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction on September 25, 2012. At the hearing, the parties disagreed as to whether, as part of the specific jurisdiction analysis, the Court should focus on the named Plaintiffs or the putative class in analyzing whether the claims arise out of or relate to Taizhou's forum-related activities.

The Court **ORDERS** the parties to provide additional briefing, no longer than five pages, supporting their respective positions. The additional briefing shall be filed by October 8, 2012. The parties are advised to limit their additional authorities to that which is *truly pertinent* and *directly addresses* the issues raised herein.

**IT IS SO ORDERED.**

Dated: October 2, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**