| | |
|---|---|
| 1 | DAVID S. MacCUISH (SBN 054024) |
| 2 | TODD BENOFF (SBN 192983) |
| | LINDSAY G. CARLSON (SBN 235999) |
| 3 | **ALSTON + BIRD LLP** |
| | 333 South Hope Street, Sixteenth Floor |
| 4 | Los Angeles, California 90071 |
| | Telephone:  (213) 576-1000 |
| 5 | Facsimile:   (213) 576-1100 |
| | David.MacCuish@alston.com |
| 6 | Todd.Benoff@alston.com |
| | Lindsay.Carlson@alston.com |

Attorneys for Specially Appearing Defendant
WATTS PLUMBING TECHNOLOGIES (TAIZHOU) CO., LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND COURTHOUSE

| | |
|---|---|
| JASON TRABAKOOLAS and SHEILA STETSON, individually and on behalf of all others similarly situated, <br><br>           Plaintiffs, <br><br>   v. <br><br> WATTS WATER TECHNOLOGIES, INC., WATTS REGULATOR CO., WATTS ANDERSON-BARROWS METAL CORP., WATTS PLUMBING TECHNOLOGIES (TAIZHO) CO., LTD., SAVARD PLUMING COMPANY, WOLVERINE BRASS, INC., AND JOHN DOES 1-100. <br><br>           Defendants. | Case No.: 4:12-cv-01172-YGR <br><br> **STIPULATION AND [PROPOSED] ORDER RE TERMS OF DISMISSAL OF TAIZHOU AND WITHDRAWAL OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** <br><br> Date:  September 25, 2012 <br> Time:  2:00 p.m. <br> Courtroom:  Oakland Courthouse <br><br> Honorable Yvonne Gonzalez Rogers |

STIPULATION AND [PROPOSED] ORDER

LEGAL02/33682125v1                                                                                          CASE NO. C12-01172 YGR

WHEREAS, Defendant Watts Plumbing Technologies (Taizhou) Co., Ltd. ("Taizhou") filed a motion to dismiss for lack of personal jurisdiction; and

WHEREAS, the Court held a hearing on September 25, 2012 on said motion and ordered additional briefing on the issue of specific jurisdiction on October 2, 2012; and

WHEREAS, the parties seek to resolve this dispute.

NOW THEREFORE, it is hereby stipulated and agreed that:

1. Taizhou will, and hereby does, withdraw its motion to dismiss for lack of personal jurisdiction without prejudice.

2. Plaintiffs will, and hereby do, dismiss Taizhou as a defendant without prejudice.

3. The Parties agree that any statute of limitations with respect to Taizhou will be tolled until 30 days after the conclusion of this litigation with respect to the other defendants.

4. Watts Regulator will respond to Plaintiffs' further document requests and interrogatories directed to Watts Regulator by searching for and producing responsive documents concerning Taizhou without objecting on the grounds that the documents and information are not in the "possession, custody or control" of Watts Regulator. Taizhou documents produced by Watts Regulator shall be deemed authentic documents of Taizhou.

5. Defendants will reserve the right to raise all other objections to Plaintiffs' written discovery with respect to Taizhou.

6. The Parties agree that any issues with respect to Plaintiffs' deposition discovery of Taizhou will be deferred and discussed in the future in the event Plaintiffs seek to take depositions of any Taizhou employees.

7. In the absence of a separate agreement between the parties, Plaintiffs reserve the right to request the Court to allow such a deposition. However, in connection with any such request for a deposition, Taizhou shall be considered a non-party, and the Court shall not consider the request as if Taizhou were a party to this action. This Stipulation shall not be construed as an agreement that a deposition of Taizhou or any Taizhou employee may be taken as if Taizhou were a party.

8. Plaintiffs shall not contend that this Stipulation or any conduct pursuant to it constitutes a waiver of Taizhou's objections to personal jurisdiction in this action, and this Stipulation and any conduct pursuant to it shall not be construed as such a waiver.

Dated: October 8, 2012　　　　**ALSTON + BIRD LLP**

　　　　　　　　　　　　　　　　David S. MacCuish
　　　　　　　　　　　　　　　Attorneys for WATTS PLUMBING TECHNOLOGIES (TAIZHOU) CO., LTD.

Dated: October 8, 2012　　　　**SALTZ, MONGELUZZI, BARRETT & BENDESKYK, P.C.**

　　　　　　　　　　　　　　　　Simon Bahne Paris
　　　　　　　　　　　　　　　Attorneys for Plaintiffs

### ORDER

Pursuant to the above Stipulation, **IT IS SO ORDERED**. This Order terminates Dkt. Nos. 72 & 91. Defendant Watts Plumbing Technologies (Taizhou) Co., Ltd. is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to the Stipulation.

DATED: October 9, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**