UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TRABAKOOLAS and SHIELA STETSON, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>     vs.<br><br>WATTS WATER TECHNOLOGIES, INC., et al.,<br><br>     Defendants. | Case No.: 12-CV-01172-YGR<br><br>**ORDER REGARDING STIPULATED PROPOSED ORDER APPOINTING INTERIM LEAD COUNSEL** |

The Court has reviewed the Stipulated [Proposed] Order Appointing Interim Lead Counsel. (Dkt. No. 97.)  Before it will approve the stipulation, the Court requires additional information on counsel's qualifications to serve as interim counsel.

**IT IS SO ORDERED**.

Dated: October 25, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**