UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TRABAKOOLAS and SHEILA STETSON, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>      vs.<br><br>WATTS WATER TECHNOLOGIES, INC., et al.,<br><br>             Defendants. | Case No.: 12-CV-01172-YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REQUIRING PERSONAL APPEARANCE OF TRIAL COUNSEL TO MEET AND CONFER** |

The parties filed a Joint Case Management Conference Statement on January 21, 2013 ("Joint Statement"). (Dkt. No. 107.) Lead trial counsel with the full authority to resolve all discovery disputes for each party are hereby **ORDERED** to personally appear at the Federal Courthouse, 1301 Clay Street, Oakland, California, on <u>Monday, February 11, 2013</u> at 9:30 a.m. Counsel shall meet and confer personally regarding **all** discovery issues raised in the Joint Statement not otherwise resolved prior to that time. The parties shall, upon arrival, inform the Courtroom Deputy, Frances Stone, in the Clerk's Office, that they have appeared and shall inform further inform Ms. Stone when they have concluded their meeting.

Unless jointly agreed-upon, **all** depositions shall occur in the Northern District of California.

The Case Management Conference scheduled for January 28, 2013 is hereby **CONTINUED** to February 11, 2013.

**IT IS SO ORDERED**.

Dated: January 25, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**