UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TRABAKOOLAS and SHIELA STETSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WATTS WATER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No.: 12-cv-01172-YGR<br><br>**ORDER TO SHOW CAUSE REGARDING DISCOVERY OF COMMUNICATIONS WITH INSURANCE COMPANY** |

Plaintiffs are hereby **ORDERED TO SHOW CAUSE** why they should not be ordered to disclose communications with their insurance companies under the authority of *Travelers Ins. Companies v. Superior Court*, 143 Cal. App. 3d 436 (Cal. Ct. App. 1983) and the cases cited therein. On its face, these communications do not appear to satisfy the "dominant purpose" test relating to potential claims against Plaintiffs themselves.

The Court **ORDERS** Plaintiffs to file a brief in response to this Order to Show Cause, no longer than five pages, by Wednesday, February 20, 2013. Defendants shall file a response, no longer than five pages, by Monday, February 25, 2013. No other briefing is permitted except as stated herein or otherwise ordered. The parties are advised to limit their authorities and argument to that which is *truly pertinent* and *directly addresses* the issues raised herein.

**IT IS SO ORDERED.**

Dated: February 14, 2013

                                                            _____
                                                            **YVONNE GONZALEZ ROGERS**
                                                            **UNITED STATES DISTRICT COURT JUDGE**