Joseph J. Tabacco, Jr. (SBN 75484)
Todd A. Seaver (SBN 271067)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email: jtabacco@bermandevalerio.com
      tseaver@bermandevalerio.com

    -and-

Simon Bahne Paris
Patrick Howard
Charles J. Kocher
**SALTZ, MONGELUZZI, BARRETT
& BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market Place
Philadelphia, PA19103
Telephone: (215) 575-3985
Facsimile: (215) 496-0999
Email: sparis@smbb.com
     phoward@smbb.com
     ckocher@smbb.com

Counsel for Plaintiffs and the Proposed Classes

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JASON TRABAKOOLAS and SHEILA STETSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WATTS WATER TECHNOLOGIES, INC., WATTS REGULATOR CO., WATTS ANDERSON-BARROWS METAL CORP., WATTS PLUMBING TECHNOLOGIES (TAIZHO) CO., LTD., SAVARD PLUMBING COMPANY, WOLVERINE BRASS, INC., AND JOHN DOES 1-100, <br> Defendants. | Case No. 4:12-cv-01172-YGR <br><br> CLASS ACTION <br><br> **[PROPOSED] REVISED SCHEDULING ORDER AND ORDER REGARDING DEFENDANTS' NOTICED INSPECTION OF PLAINTIFFS' HOMES (AS MODIFIED BY THE COURT)** |

[4:12-cv-01172] [PROPOSED] SCHEDULING ORDER

1    The above-titled matter came before the Court on February 11, 2013 for a case
2 management conference.
3    Upon consideration of the parties' statements and papers submitted, it is ORDERED:
4    1.   With regard to expert reports in connection with class certification, Plaintiffs will
5 serve any expert reports no later than ~~June 14, 2013~~ June 3, 2013.  Defendants will serve any
6 expert reports no later than ~~July 15, 2013~~ July 3, 2013.  Any expert rebuttal reports will be
7 served by Plaintiffs no later than ~~August 16, 2013~~ August 2, 2013.  All experts submitting
8 reports may be deposed by ~~August 30, 2013~~ August 16, 2013.
9    2.   Plaintiffs will move for class certification by ~~September 4, 2013~~ August 27,
10 2013.  Defendants will file any opposition by ~~September 25, 2013~~ September 17, 2013.
11 Plaintiffs will reply by ~~October 9, 2013~~ October 1, 2013.  The Court will hold a hearing on
12 October 22, 2013 at 2:00 p.m.
13    3.   A further case management conference will be held on April 1, 2013, at
14 2:00 p.m.
15    4.   Defendants are permitted to carry out the noticed inspections of Plaintiffs' homes
16 on an agreed upon time and date under these conditions: (i) only the toilet(s) that were subject
17 to the toilet nut connector failure may be inspected; no other toilets are subject to inspection;
18 (ii) an inspection of a toilet may not take place if a new ballcock has been installed on the toilet
19 since the time of the failure; (iii) in the event a toilet satisfies conditions (i) and (ii), the
20 inspection is limited to photographing the ballcock and limited in duration to 45 minutes from
21 the entry into the home.
22    SO ORDERED.
23
24 Dated: February 25, 2013          _____
                                     HON. YVONNE GONZALEZ ROGERS
25                                   U.S. DISTRICT COURT JUDGE

APPROVED:

**ALSTON & BIRD, LLP**

By:   /s/ David S. MacCuish
      David S. MacCuish

*Attorneys for Defendants Watts Water Technologies, Inc., Watts Regulator Co. and Wolverine Brass, Inc.*

SUBMITTED BY:

**BERMAN DEVALERIO**

By:   /s/ Todd A. Seaver
      Todd A. Seaver

Joseph J. Tabacco, Jr.
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email: jtabacco@bermandevalerio.com
      tseaver@bermandevalerio.com

    -and-

Simon Bahne Paris
Patrick Howard
Charles J. Kocher
**SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market Place
Philadelphia, PA 19103
Telephone: (215) 575-3985
Facsimile: (215) 496-0999
Email: sparis@smbb.com
      phoward@smbb.com
      ckocher@smbb.com

*Counsel for Plaintiffs and the Proposed Classes*