DAVID S. MacCUISH (SBN 054024)
TODD BENOFF (SBN 192983)
LINDSAY G. CARLSON (SBN 235999)
ALSTON & BIRD LLP
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100
David.MacCuish@alston.com
Todd.Benoff@alston.com
Lindsay.Carlson@alston.com

Attorneys for Defendants WATTS REGULATOR CO.,
WATTS WATER TECHNOLOGIES, INC. and
WOLVERINE BRASS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND COURTHOUSE

| | |
|---|---|
| JASON TRABAKOOLAS and SHEILA STETSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WATTS WATER TECHNOLOGIES, INC., WATTS REGULATOR CO., WATTS ANDERSON-BARROWS METAL CORP., WATTS PLUMBING TECHNOLOGIES (TAIZHO) CO., LTD., SAVARD PLUMBING COMPANY, WOLVERINE BRASS, INC., AND JOHN DOES 1-100,<br><br>Defendants. | Case No.:  4:12-cv-01172-YGR<br><br>STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE PRODUCTION OF TECHNICAL REPORTS ON ALLEGED FAILURES OF CONNECTORS<br><br>The Honorable Yvonne Gonzalez Rogers |

Defendant Watts Regulator Co.'s ("Watts") has proposed to produce certain technical reports, which it represents were prepared in anticipation of litigation and which relate to the alleged failure of toilet connector coupling nuts, under the terms of a protective order. The parties here STIPULATE AND AGREE that the production of such reports shall have the following legal effect:

(1) The waiver of work product by Watts shall be limited to the reports themselves and shall not extend to any other work product of Watts or its counsel.

(2) The production of the reports shall not constitute a waiver of any attorney-client privilege.

(3) Nothing in this order precludes Plaintiffs from deposing the authors of the reports or his employees and associates with firsthand knowledge of the analyses of alleged failures that are the subject of the reports.

(4) The parties agree that any technical report previously produced in arbitration or other litigation does not constitute work product. This protective order shall also not apply to any of those other reports that do not constitute work product.

(5) Plaintiffs have not seen the technical reports which are the subject of this protective order. Plaintiffs may seek relief from the terms of this protective order for good cause shown.

///
///
///
///
///
///
///
///
///

(6)    This protective order applies to this action only and shall not be construed to require the production of the reports, or the waiver of work product, in any other legal proceeding.

Dated: April 9, 2013

DAVID S. MacCUISH
TODD BENOFF
LINDSAY CARLSON
ALSTON & BIRD LLP

_____
David S. MacCuish
Attorneys for Defendants
WATTS REGULATOR CO., WATTS WATER TECHNOLOGIES, INC. and WOLVERINE BRASS, INC.

Dated: April 9, 2013

SIMON BAHNE PARIS
PATRICK HOWARD
CHARLES J. KOCHER
SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.

_____
Simon Bahne Paris
Interim Class Counsel

IT IS SO ORDERED:

A party wishing to file any document subject to this protective order must comply with Civ. L.R. 79-5. This Order terminates Dkt. No. 118.

Dated: April 10, 2013

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge

3
STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE PRODUCTION OF TECHNICAL REPORTS ON ALLEGED FAILURES OF CONNECTORS
CASE NO. C12-01172 YGR
LEGAL02/34029703v2