# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TRABAKOOLAS and SHIELA STETSON, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>WATTS WATER TECHNOLOGIES, INC., et al.,<br><br>   Defendants. | Case No.: 12-cv-01172-YGR<br><br>**ORDER REGARDING JOINT DEPOSITION SCHEDULE AND TERMINATING DKT. NOS. 139 AND 140** |

The Court has reviewed the Joint Deposition Schedule submitted by the parties. (Dkt. No. 146.) That schedule is hereby adopted by the Court and the depositions are **ORDERED** to proceed as set forth therein. Deviation from the schedule in Dkt. No. 146 will not be permitted absent mutual agreement by the parties.

The parties will be required to submit a proposed schedule for depositions to occur beginning in August 2013 for the fall. The deadline for this proposed schedule will be discussed at the next Case Management Conference, currently scheduled for July 15, 2013.

In light of the parties' Joint Deposition Schedule, the discovery letter brief at Dkt. No. 139 and the administrative motion to file under seal at Dkt. No. 140 are now moot.

This Order terminates Dkt. No. 139 and 140.

**IT IS SO ORDERED.**

Dated: June 7, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**