# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TRABAKOOLAS and SHEILA STETSON, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br> v.<br><br>WATTS WATER TECHNOLOGIES, INC., WATTS REGULATOR CO., WATTS ANDERSON-BARROWS METAL CORP., WATTS PLUMBING TECHNOLOGIES (TAIZHO) CO., LTD., SAVARD PLUMBING COMPANY, WOLVERINE BRASS, INC., AND JOHN DOES 1-100,<br><br>  Defendants. | Case No. C12-01172 WHO (EDL)<br><br>[Hon. William H. Orrick III]<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL DOCUMENTS RELATING TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY**<br><br>[Hon. Elizabeth D. Laporte] |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL
DOCUMENTS RELATING TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY
CASE NO. C12-01172 WHO (EDL)

LEGAL02/34296621v1

This matter, having come before the Court on Plaintiffs' and Defendants' Administrative Motions to File Under Seal ("Administrative Motions") certain documents relating to Plaintiffs' Motion to Compel Discovery (Dkt. 153), and good cause appearing therefor, the Court hereby ORDERS that all documents specifically identified in the Administrative Motions (Dkt. 150, 163, and 175) be filed under seal.

Dated: August 1, 2013

_____
Honorable Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

DATED: July 29, 2013

DAVID S. MacCUISH
TODD BENOFF
LINDSAY G. CARLSON
**ALSTON & BIRD LLP**

/s/
_____
Lindsay G. Carlson

Attorneys for Defendants WATTS REGULATOR CO., WATTS WATER TECHNOLOGIES, INC. and WOLVERINE BRASS, INC.

1
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL
DOCUMENTS RELATING TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY
CASE NO. C12-01172 WHO (EDL)

LEGAL02/34296621v1