UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TRABAKOOLAS and SHIELA STETSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>WATTS WATER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | Case No.: 12-cv-01172-WHO<br><br>**ORDER REGARDING DKT. NO. 213** |

    The parties have filed a Joint Submission to the undersigned despite the fact that this case has been reassigned to the Honorable William H. Orrick. Defendants contend that Plaintiffs "are still trying to offer [particular] emails in an effort to establish an attorney-client relationship" between Plaintiff Stetson and attorneys representing her insurer (the Stutman Firm). Defendants argue that Plaintiffs are effectively seeking reconsideration of a prior order issued by this Court.

    Plaintiffs respond that they have not filed, do not presently seek to file, and have not sought leave to file a motion for reconsideration. Rather, Defendants are attempting to use Civ. L.R. 7-9 (Leave of Court Requirement for Motion for Reconsideration) against Plaintiffs when there is no ripe dispute. The Court agrees with Plaintiffs. It is unclear to the Court what relief Defendants seek to gain by initiating this Joint Submission. As such, there is no discernible request upon which to grant or deny relief.

    Further, the Court instructs the parties to file all future requests and motions in this action to the judge assigned to this action, and not the undersigned. The reassignment to Judge Orrick was "for all further proceedings." (Judge Orrick's Reassignment Order and Order Requiring Submission of

Case Management Statement, filed June 27, 2013.)  The undersigned no longer retains authority or oversight of this matter.

**IT IS SO ORDERED.**

Dated: August 20, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**