Simon Bahne Paris
Patrick Howard
Charles J. Kocher
**SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market Place
Philadelphia, PA19103
Telephone: (215) 575-3985
Facsimile: (215) 496-0999
Email: sparis@smbb.com
       phoward@smbb.com
       ckocher@smbb.com

*Interim Lead Class Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON TRABAKOOLAS, SHEILA STETSON, JACK WHEELER, CHRISTIE MOONEY AND KEVEN TURNER individually and on behalf of all others similarly situated,<br><br>                                  Plaintiffs,<br>  v.<br><br>WATTS WATER TECHNOLOGIES, INC., WATTS REGULATOR CO., AND WOLVERINE BRASS, INC.<br>                                  Defendants. | No. 3:12-cv-01172-WHO (EDL)<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND ORDER STAYING LITIGATION AND PENDING DEADLINES FOR 45 DAYS.**<br><br>Honorable William H. Orrick III |

Pursuant to Civil Local Rule 6-2, Plaintiffs Jason Trabakoolas, Sheila Stetson, Jack Wheeler, Christie Mooney, and Keven Turner and Defendants Watts Water Technologies, Inc., Watts Regulator Co., and Wolverine Brass, Inc., hereby submit this Stipulated Request for Order Staying the Litigation and all Pending Deadlines for 45 Days to focus on settlement discussions.

**WHEREAS**, the parties engaged in two full day private mediation session before former United States District Judge, Hon. Layn Phillips (Ret.) on February 20, 2013 and August 20, 2013, in an effort to resolve this case.

**WHEREAS**, following the August 20, 2013, mediation session, the parties made significant progress toward settlement. Judge Phillips directed the parties to complete a term sheet and to respond to a mediator's proposal that could lead to a settlement.

**WHEREAS**, the Court entered an order on July 30, 2013 (ECF No. 211) setting certain deadlines for this case:

1. Plaintiffs' Rebuttal Expert Reports, September 30, 2013;
2. Expert Discovery Cutoff, October 21, 2013
3. *Daubert* Hearing, December 6, 2013;
4. Class Certification Hearing, February 5, 2014;
5. Pre-trial Conference, November 17, 2014; and
6. Trial by Jury, December 1, 2014

**WHEREAS**, the parties are in an intensive phase of the litigation, with multiple deadlines in the next 60 days which will demand significant resources from the parties and the Court. Plaintiffs' experts are presently preparing their rebuttal reports. In addition, Defendants' 8 testifying experts are scheduled to be deposed at various locations around the country between August 28 and September 28. Plaintiffs also intend to depose other witnesses who Defendants' experts have identified and/or consulted and have propounded further interrogatories and document requests. Defendants will be taking the further depositions of two named plaintiffs as well as all of Plaintiffs' rebuttal experts.

The parties together have filed or are meeting and conferring on at least five discovery motions. Plaintiffs have one such motion currently pending before Judge Laporte. (ECF No. 224). In addition, Plaintiffs would begin the meet and

1  confer process with Defendants' regarding Judge Laporte's August 1, 2013 order
2  granting in-part Plaintiffs' motion to compel documents withheld on the grounds
3  of privilege, and ordering the parties to meet and confer to resolve outstanding
4  issues related to the documents which were the subject of the motion.  (ECF No.
5  210).

6       **WHEREAS**, due to the expense and time associated with all of these
7  litigation activities, the parties, with the support of Judge Phillips, ask the Court to
8  stay all of the litigation activity for 45 days so they can continue to focus their
9  efforts on reaching a resolution.  Judge Phillips would be pleased to discuss his
10  recommendation with the Court and can be reached at (949) 760-0991 or
11  lphillips@irell.com.

12       **WHEREAS**, the parties do not believe that a 45 day stay will impact the
13  scheduled pre-trial conference or the trial date set by the Court.

14       **WHEREAS**, within 30 days, the parties will submit a joint report to the
15  Court advising of the status of the settlement discussions and, if necessary,
16  propose a schedule for further proceedings.

17       IT IS SO STIPULATED.

Dated: August 22, 2013
SIMON B. PARIS
PATRICK HOWARD
**SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.**

By: */s/ Patrick Howard*
PATRICK HOWARD
Admitted Pro Hac Vice

Attorneys for Plaintiffs

DAVID S MACCUISH
TODD B. BENOFF
**ALSTON & BIRD LLP**

By: */s/ David S. MacCuish*
David S. MacCuish (SBN 54024)

*Attorneys for Defendants*
WATTS REGULATOR CO.,
WATTS WATER TECHNOLOGIES, INC.
and WOLVERINE BRASS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: August 22, 2013

_____
Hon. William Orrick III
United States District Judge