DANIEL E. GUSTAFSON, ESQ.
JASON S. KILENE, ESQ.
MICHELLE J. LOOBY, ESQ.
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, #2600
Minneapolis, MN 55402
Email: dgustafson@gustafsongluek.com
jkilene@gustafsongluek.com
mlooby@gustafsongluek.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JASON TRABAKOOLAS, SHEILA STETSON, JACK WHEELER, CHRISTIE MOONEY AND KEVEN TURNER individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>WATTS WATER TECHNOLOGIES, INC., WATTS REGULATOR CO., AND WOLVERINE BRASS, INC.,<br><br>        Defendants. | Case No. 3:12-cv-01172-WHO (EDL)<br><br><u>CLASS ACTION</u><br><br>**JOINT REPORT ON STATUS OF SETTLEMENT NEGOTIATIONS AND STIPULATION AND ORDER STAYING LITIGATION AND PENDING DEADLINES UNTIL DECEMBER 10, 2013**<br><br>Honorable William H. Orrick III |

Pursuant to Civil Local Rule 6-2, Plaintiffs Jason Trabakoolas, Sheila Stetson, Jack Wheeler, Christie Mooney, and Keven Turner and Defendants Watts Water Technologies, Inc., Watts Regulator Co., and Wolverine Brass, Inc., hereby submit this Joint Report on Status of Settlement Negotiations and Stipulated Request for Order Staying the Litigation and Pending Deadlines until December 10, 2013 in order to focus on settlement discussions and to allow for a further mediation.

1

Joint Report of Status of Settlement Negotiations and Stipulation and
Order Staying Litigation and Pending Deadlines Until December 10, 2013
Case No. 3:12-cv-01172-WHO (EDL)

1    **WHEREAS**, the parties engaged in two full day private mediation sessions before

2    former United States District Judge, Hon. Layn Phillips (Ret.) on February 20, 2013 and

3    August 20, 2013, in an effort to resolve this case.

4    **WHEREAS**, at the August 20, 2013, mediation session, the parties made significant

5    progress toward settlement.  Judge Phillips directed the parties to complete a Term Sheet on

6    non-monetary terms and to respond to a mediator's proposal that established a dollar range

7    within which he proposed that the case should be settled.

8    **WHEREAS,** on August 22, 2013, the Court stayed this action for 45 days, or until

9    October 7, 2013, based on the parties' stipulated request that they be permitted to focus on

10   settling rather than litigating this case.  (ECF No. 258.)  On October 8, 2013, the Court

11   extended the stay at the parties' request for November 7, 2013 in order to allow the parties to

12   further explore settlement.  (ECF No. 261.)  The parties appreciate the Court's orders and

13   have been able to make progress towards settlement during the stay.

14   **WHEREAS**, the parties reached agreement on a Settlement Term Sheet that outlines

15   the framework for resolution of this purported class action.

16   **WHEREAS**, the parties have also worked on other issues necessary to allow them to

17   respond to Judge Phillips' bracketed settlement range.  Progress has been made.  The parties

18   intend to continue these discussions and have scheduled a further mediation session with

19   Judge Phillips for December 6, 2013.  This is the first date that Judge Phillips had available.

20   **WHEREAS**, the parties intend to continue their settlement discussions before the

21   scheduled mediation but wish to continue the stay past the December 6, 2013 mediation in

22   the event that their private discussions do not result in an agreement.  The parties expect to

23   know whether they will reach a settlement by then.

24   **WHEREAS**, the Court is invited to contact Judge Phillips should it have any

25   questions    about    the    settlement    mediation    process    that    he    is    supervising.

26   (lphillips@irell.com; (949) 760-5288).

27

28

**WHEREAS**, the Court entered an order on July 30, 2013 (ECF No. 211) setting certain deadlines for this case:

    1.      Plaintiffs' Rebuttal Expert Reports, September 30, 2013;

    2.      Expert Discovery Cutoff, October 21, 2013;

    3.      *Daubert* Hearing, December 6, 2013;

    4.      Class Certification Hearing, February 5, 2014;

    5.      Pre-trial Conference, November 17, 2014; and

    6.      Trial by Jury, December 1, 2014.

**WHEREAS**, at the time of the initial Stay, the parties were in an intensive phase of the litigation, with numerous deadlines which would have demanded significant resources from the parties and the Court.  As more particularly described in the parties' initial stipulation, rebuttal expert reports would be due, many expert and percipient witness depositions would have to be taken, and numerous pending and anticipated motions would have to go forward.  (ECF No. 258, p.2.)  All this litigation would have to be resumed if the stay were now lifted.

**WHEREAS**, due to the expense and time associated with these litigation activities, the parties ask the Court to stay all litigation activity until December 10, 2013, so they can continue to focus their efforts on reaching a resolution and, if necessary, participate in the December 6, 2013 mediation before Judge Phillips.  The parties' counsel would be pleased to discuss this request for an extended stay with the Court and would, if the Court wishes, appear for a status conference with the Court concerning any issues that the Court would like the parties to address.

**WHEREAS**, the parties do not believe that this further stay will impact the scheduled pre-trial conference or the trial date set by the Court.

**WHEREAS**, the parties will submit a joint report to the Court advising of the status of their remaining settlement discussions before a further stay expires and, if necessary, propose a schedule for further proceedings.

3

Joint Report of Status of Settlement Negotiations and Stipulation and
Order Staying Litigation and Pending Deadlines Until December 10, 2013
Case No. 3:12-cv-01172-WHO (EDL)

1      **WHEREAS**, the parties request the Court schedule a status conference after

2    December 10, 2013.  In the event the final terms of a settlement are agreed upon, the parties

3    shall notify the Court prior to this status conference.

4

5      IT IS SO STIPULATED.

6

7    Dated:  November 6, 2013          DANIEL E. GUSTAFSON
                                       **GUSTAFSON GLUEK PLLC.**

8

9                                      */s/ Daniel E. Gustafson*
                                       DANIEL E. GUSTAFSON
10                                     Attorneys for Plaintiffs

11

12   Dated:  November 6, 2013          DAVID S. MacCUISH
                                       TODD BENOFF
13                                     LINDSAY G. CARLSON
                                       **ALSTON & BIRD LLP**

14

15                                     */s/ David S. MacCuish*
                                       David S. MacCuish
16                                     Attorneys for Defendants WATTS REGULATOR
                                       CO., WATTS WATER TECHNOLOGIES, INC. and
17                                     WOLVERINE BRASS, INC.

18

19                    Signature Attestation

20      I, David S. MacCuish, am the ECF User whose ID and password are being used

21   to file this Joint Report on Status of Settlement Negotiations and Stipulation and

22   [Proposed] Order Staying Litigation and Pending Deadlines Until December 10, 2013.

23   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Daniel E. Gustafson of

24   Gustafson Gluek PLLC has concurred in this filing.

25

26   Dated:  November 6, 2013          /s/      David S. MacCuish

27

28

4

Joint Report of Status of Settlement Negotiations and Stipulation and
Order Staying Litigation and Pending Deadlines Until December 10, 2013
Case No. 3:12-cv-01172-WHO (EDL)

1       PURSUANT TO STIPULATION, IT IS SO ORDERED.  A Case Management

2   Conference will be held on December 17, 2013 at 2 p.m. in Courtroom 2.  The parties shall

3   file a Joint Status Report no later than December 12, 2013, describing the status of the

4   settlement negotiations and, if the case has not settled, suggesting  new dates for the class

5   certification hearing and associated events.

6

7   Date: November 6, 2013

8   _____

9   Hon. William H. Orrick  III
    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28