DANIEL E. GUSTAFSON, ESQ.
JASON S. KILENE, ESQ.
MICHELLE J. LOOBY, ESQ.
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, #2600
Minneapolis, MN 55402
Email: dgustafson@gustafsongluek.com
jkilene@gustafsongluek.com
mlooby@gustafsongluek.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON TRABAKOOLAS, SHEILA STETSON, JACK WHEELER, CHRISTIE MOONEY AND KEVEN TURNER individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>WATTS WATER TECHNOLOGIES, INC., WATTS REGULATOR CO., AND WOLVERINE BRASS, INC.,<br><br>              Defendants. | Case No. 3:12-cv-01172-WHO (EDL)<br><br>CLASS ACTION<br><br>**JOINT STATUS REPORT RE SETTLEMENT AND ORDER TAKING CASE MANAGEMENT CONFERENCE OFF CALENDAR**<br><br>Honorable William H. Orrick III |

On November 6, 2013, this Court granted a further stay of this action to allow for settlement negotiations and directed the parties to file a Joint Status Report by December 12, 2013, describing the status of the negotiations. (Docket No. 264.) The parties are pleased to advise the Court that they have reached an agreement in principle to settle this putative class action.

The parties are now preparing a written settlement agreement and expect to file a joint motion for preliminary approval of the putative class action settlement in January 2014. In light of the settlement, the parties respectfully request that the Case

1
Joint Status Report re Settlement and Order Taking Case Management
Conference Off Calendar
Case No. 3:12-cv-01172-WHO (EDL)

LEGAL02/34554286v1

Management Conference scheduled for December 17, 2013 be taken off calendar.

The parties would be pleased to respond to any further questions concerning the settlement before they file their joint motion for a preliminary approval order.

Dated:  December 12, 2013        DANIEL E. GUSTAFSON
                                 **GUSTAFSON GLUEK PLLC.**


                                 */s/ Daniel E. Gustafson*
                                        DANIEL E. GUSTAFSON
                                 Attorneys for Plaintiffs


Dated:  December 12, 2013        DAVID S. MacCUISH
                                 TODD BENOFF
                                 LINDSAY G. CARLSON
                                 **ALSTON & BIRD LLP**


                                 */s/ David S. MacCuish*
                                        David S. MacCuish
                                 Attorneys for Defendants WATTS REGULATOR
                                 CO., WATTS WATER TECHNOLOGIES, INC. and
                                 WOLVERINE BRASS, INC.


<u>Signature Attestation</u>

I, David S. MacCuish, am the ECF User whose ID and password are being used to file this Joint Status Report Re Settlement.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Daniel E. Gustafson of Gustafson Gluek PLLC has concurred in this filing.


Dated:  December 12, 2013        /s/     David S. MacCuish

LEGAL02/34554286v1

1   PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case
2   Management Conference scheduled for December 17, 2013 at 2:00 p.m. is taken off
3   calendar. The parties shall file a Supplemental Case Management Conference
4   Statement on or before January 31, 2014 in the event that they have not already filed a
5   joint motion for preliminary approval of the settlement.

Dated:  December 12, 2013

                                          Hon. William H. Orrick III
                                          United States District Judge

3
Joint Status Report re Settlement and Order Taking Case Management
Conference Off Calendar
Case No. 3:12-cv-01172-WHO (EDL)

LEGAL02/34554286v1