UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TRABAKOOLAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WATTS WATER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No.  12-cv-01172-WHO<br><br>**ORDER CONTINUING DATE FOR FINAL FAIRNESS HEARING** |

    The Final Fairness hearing currently scheduled for June 25, 2014 is hereby CONTINUED to July 16, 2014 at 2:00 p.m.

    **IT IS SO ORDERED**.

Dated: February 21, 2014



WILLIAM H. ORRICK
United States District Judge